CATHERINE E. VAN INGEN, Respondent, *v.* THE JEWISH HOSPITAL OF BROOKLYN, Appellant.

*Van Ingen* v. *Jewish Hospital of Brooklyn*, 182 App. Div. 10, affirmed. (Argued December 11, 1919; decided January 6, 1920.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered March 1, 1918, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant. Plaintiff while riding in an automobile was injured as the result of a collision with a motor ambulance owned by defendant and being used in bringing a patient to the hospital. The defenses were, *first*, that as a charitable corporation the defendant was not responsible for the negligence of its servants, and *second*, that at the time of the accident it was acting as an agent of the city of New York in transporting a charity patient and in so doing was performing a governmental function, and, therefore, was not responsible for the negligence of its chauffeur.

*Frank Verner Johnson* and *Amos H. Stephens* for appellant.

*Frank W. Holmes* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, ANDREWS and ELKUS, JJ.